**FILED**

**May 11, 2011**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003484127

2

CLIFFORD W. STEVENS (SBN: 148918)
NEUMILLER & BEARDSLEE
A PROFESSIONAL CORPORATION
P.O. Box 20
Stockton, CA  95201-2030
Telephone:  (209) 948-8200
Facsimile:  (209) 948-4910

Attorneys for Chapter 7 Trustee,
ERIC J. NIMS

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In Re | Case No. 10-43223 |
| JOSE RAMON ALVAREZ | Chapter 7 |
| | DC No. CWS-2 |
| Debtor | MOTION FOR ORDER AUTHORIZING SALE OF PERSONAL PROPERTY OF THE ESTATE |
| | Date:  June 15, 2011<br>Time:  10:00 a.m.<br>Place: U.S. Bankruptcy Court<br>501 "I" Street<br>Courtroom 34<br>Sacramento, CA 95814 |
| | Judge: Hon. Robert S. Bardwil |

The Chapter 7 trustee Eric Nims hereby moves the court for an order authorizing the sale of the estate's interest in Debtor's Toyota Camry and Toyota Tundra, further identified in Exhibit A attached to the notice of motion (hereinafter "Personal Property") on the following terms:

1.      Debtor will pay $6,600, payable in three (3) equal and consecutive monthly installments of $2,200 each, beginning on May 1, 2011, at zero percent (0%) interest.'

The trustee believes that the sale will be in the best interests of the estate.

1    The Toyota Camry is valued at approximately $3,325 (based on Kelly Blue Book). Debtor

2    has not claimed any part of the Toyota Camry as exempt.

3    The Toyota Tundra has an approximate value of $6,400 (based Kelly Blue Book). Debtor

4    has claimed an exemption in the Toyota Tundra totaling $2,550. The trustee estimates costs of sale

5    will be approximately $1,000.

6    Considering the value of the vehicles, the exemption-claim, and the costs of sale, the trustee

7    believes this sale will net as much or more than if the property was privately sold.

8    WHEREFORE, moving party requests the court to order that the sale of personal property is

9    approved on the terms described above.

10

11   Dated: May 6, 2011                    NEUMILLER & BEARDSLEE
12                                         A PROFESSIONAL CORPORATION

13

14                                         By:    /s/ Clifford W. Stevens
15                                                CLIFFORD W. STEVENS
                                                  Attorneys for ERIC NIMS,
16                                                Chapter 7 Trustee

17

18

19

20

21

22

23

24

25

26

27

28

-2-